UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY DE LUIS MORELO,<br><br>              Plaintiff,<br><br>       v.<br><br>DR. MALLYA,<br><br>              Defendant. | Case No. C15-1266-RAJ-BAT<br><br>**ORDER DENYING MOTION FOR MENTAL HEALTH TREATMENT** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Plaintiff's motion for mental health treatment, Dkt. 15, which the Court construes as a motion for preliminary injunction, is DENIED.

3. The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

DATED this 21st day of January, 2016.

RICHARD A. JONES
United States District Judge

ORDER DENYING MOTION FOR MENTAL HEALTH
TREATMENT - 1