UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY DE LUIS MORELO,

                    Plaintiff,

        v.

ASHOK MALLYA, M.D.,

                    Defendant.

Case No. C15-1266-RAJ-BAT

**ORDER DENYING PLAINTIFF'S MOTIONS SEEKING RELEASE FROM IMMIGRATION DETENTION OR TRANSFER TO A MENTAL HEALTH TREATMENT FACILITY**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders:

1.      The Court adopts the Report and Recommendation.

2.      Plaintiff's motions seeking transfer to a mental health treatment facility, humanitarian parole, and release from immigration detention, Dkts. 25, 28, 32, 34, 35, & 37, are **DENIED**.

3.      The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

DATED this 9th day of February, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PLAINTIFF'S MOTIONS SEEKING RELEASE FROM
IMMIGRATION DETENTION OR TRANSFER TO A MENTAL HEALTH
TREATMENT FACILITY - 1