UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY DE LUIS MORELO,

          Plaintiff,

   v.

ASHOK MALLYA, M.D.,

          Defendant.

Case No. C15-1266-RAJ

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders:

1. The Court adopts the Report and Recommendation.

2. Plaintiff's motions seeking transfer to a mental health treatment facility or release from immigration detention, Dkts. 39 & 49, are **DENIED**.

3. Defendant's motion for summary judgment, Dkt. 43, is **GRANTED**, and this action is **DISMISSED** with prejudice.

4. The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

DATED this 11th day of April, 2016.

                                        The Honorable Richard A. Jones
                                        United States District Court

ORDER OF DISMISSAL - 1